DOUGLAS M. COHEN, ESQ.
Nevada Bar No. 1214
FENNEMORE CRAIG, P.C.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
E-mail: dcohen@fclaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIRBY SPENCER, | Case No. 2:14-cv-01914-RFB-PAL |
| Plaintiff, | |
| vs. | |
| SECURITY FINANCE CORPORATION OF NEVADA, a foreign corporation, doing business in Nevada, | |
| Defendant. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties, Plaintiff, KIRBY SPENCER, by and through counsel, Craig K. Perry, Esq. of CRAIG K. PERRY & ASSOCIATES, and Defendant, SECURITY FINANCE CORPORATION OF NEVADA (real party in interest, SFC OF NEVADA, LLC), by and through FENNEMORE

///
///
///
///
///
///
///

1

CRAIG, P.C., hereby stipulate that this matter be dismissed with prejudice, each party to bear its own costs.

DATED this ___ day of __March__, 2015.

FENNEMORE CRAIG, P.C.

By_____
DOUGLAS M. COHEN, ESQ.
Nevada Bar No. 1214
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
E-mail: dcohen@fclaw.com
*Attorneys for Defendant*

DATED this 20th day of March, 2015.

CRAIG K. PERRY & ASSOCIATES

By_____
Craig K. Perry, Esq.
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 6th day of April, 2015.

2